JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. MELLO,<br><br>        Petitioner,<br><br>v.<br><br>MONTGOMERY,<br><br>        Respondent. | Case No. 5:23-cv-00378-JLS (SK)<br>Case No. 5:23-cv-00502-JLS (SK)<br>Case No. 5:23-cv-00616-JLS (SK)<br><br>JUDGMENT |

In accordance with the Order Dismissing Successive Petitions, IT IS ADJUDGED that the above-captioned actions are each dismissed for lack of jurisdiction.

DATED: April 17, 2023

                                            JOSEPHINE L. STATON
                                            United States District Judge